IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**ELINA GROMOVA-EASTWOOD,**

    **Petitioner,**

v.                                CASE NO.  4:14cv258-MW/CAS

**UNITED STATES IMMIGRATION
& NATURALIZATION SERVICE
and CUSTOMS ENFORCEMENT,**

    **Respondent.**

_____/

**ORDER ACCEPTING AND ADOPTING REPORT AND
<u>RECOMMENDATION</u>**

This Court has considered the Magistrate's Report and Recommendation, ECF No. 11, filed July 21, 2014.  Upon consideration, no objections having been filed by Petitioner,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as this Court's opinion.

The Clerk shall enter judgment stating, "Petitioner Elina Gromova-Eastwood's petition for writ of habeas corpus, ECF No. 1, and motion for temporary restraining order, ECF No. 10, are **DISMISSED** for lack of subject

1

matter jurisdiction.  The motion for leave to proceed in forma pauperis, ECF No. 2, is **DENIED as moot**."  The Clerk shall close the file.

    **SO ORDERED on August 18, 2014.**

                                          <u>s/Mark E. Walker</u>
                                          **United States District Judge**